NO. 07-12-0194-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 20, 2012
_____

SENDERRO CONSTRUCTION SERVICES, INC., APPELLANT

V.

DENISE RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND
OF JOSE RODRIGUEZ III, GABRIELLE RODRIGUEZ AND
GILLIAN RODRIGUEZ, MINORS, APPELLEES

_____

FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY;

NO. D-I-GN-09-001075; HONORABLE ORLINDA NARANJO, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

On May 29, 2012, this Court abated this appeal and remanded the cause at the request of the parties to effectuate a settlement agreement. Now pending before this Court is Senderro Construction Services, Inc.'s *Unopposed Motion to Dismiss* in which it represents that on May 31, 2012, the trial court approved the parties' settlement agreement, vacated the judgment and dismissed the case without prejudice. We

reinstate this appeal and grant the motion to dismiss. Having dismissed the appeal at the request of Senderro Construction Services, Inc., no motion for rehearing will be entertained and our mandate will issue forthwith.


Patrick A. Pirtle
Justice